ORDINANCE NO. 42-2007

AN ORDINANCE SETTING THE DATES
FOR GENERAL MUNICIPAL ELECTIONS AND RUNOFF ELECTIONS AND
THE DATES FOR FILING AS CANDIDATES IN SUCH ELECTIONS

BE IT ORDAINED BY THE COUNCIL OF THE CITY OF MONTGOMERY, ALABAMA as follows:

SECTION 1. Pursuant to and under the authority granted by *Alabama Code* (1975) §11-46-5, as amended, the City Council of the City of Montgomery, Alabama elects by ordinance to have the general municipal election and runoff election required by Act 618, *Acts of Alabama (1973)*, to be held at the same time required by Article 2, Chapter 46 of Title 11, *Alabama Code (1975)*, as amended, including specifically §11-46-21 thereof, as follows:

(A) The regular municipal elections in the City of Montgomery shall be held on the fourth Tuesday in August 2007 and quadrennially thereafter, and, when necessary as provided in said Act 618, a second or runoff election shall be held on the sixth Tuesday next thereafter following the general election.

(B) The date for filing a statement of candidacy for the office of Mayor or for member of the City Council shall be no earlier than the first Tuesday in July and no later than the third Tuesday in July preceding the regular municipal election for Mayor and members of the City Council.

Provided nothing contained in Article 2, Chapter 46 of Title 11, *Alabama Code (1975)*, as amended, shall have the effect of changing the beginning of the term of office or the time for taking office or the year during which a municipal election is to be held, or the qualifications or requirements of candidates for election to the office of Mayor or member of the City Council.

SECTION 2. The provisions of said Act 618 relating to the dates of the elections and for filing statements of candidacy for Mayor or City Council in a general municipal election are superseded to the extent the same are in conflict herewith.

SECTION 3. This Ordinance shall become effective upon passage, approval and publication or as otherwise provided by law.

Councillor Spear made a motion to suspend the rules in order that the foregoing ordinance could be placed upon its final passage, which motion carried with the following vote:

| AYES: | UNANIMOUS | --9 |
| NAYS: | NONE | --0 |
| ABSTAINED: | NONE | --0 |
| ABSENT: | NONE | --0 |

The rules having been suspended, Councillor Spear made a motion to adopt the foregoing ordinance, which motion carried with the following vote:

| AYES: | UNANIMOUS | --9 |
| NAYS: | NONE | --0 |
| ABSTAINED: | NONE | --0 |
| ABSENT: | NONE | --0 |

The Clerk stated this was the time and place to hear and consider the following proposed ordinance: