STATE OF ALABAMA )
COUNTY OF MONTGOMERY )

## AFFIDAVIT OF ALFRED SMITH

1. My name is Alfred Smith. I am over the age of nineteen years, and I have personal knowledge of the matters set forth herein.

2. I am the Assistant Vice President for Academic Affairs at Alabama State University.

3. In that capacity, I have several duties, including overseeing the university's Office of Admissions.

4. Based upon the records of the Office of Admissions, as of this date, Alabama State University has admitted 4,951 incoming freshmen and transfer students for the 2007-08 academic year. Of those, 2,809 have addresses outside Montgomery, Alabama.

_____
ALFRED SMITH

SWORN TO AND SUBSCRIBED TO ME
on this the 1st day of August, 2007.

_____
Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 18, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS
My Commission Expires

Exhibit E