## Montgomery Municipal Election Timetable

| Event | Act 618 | Ord. 42-2007 |
|---|---|---|
| Qualifying opens | 28 August (4th Tuesday) | 3 July (1st Tuesday) |
| Qualifying closes | 25 September (4th Tuesday) | 17 July (3rd Tuesday) |
| Students report to ASU | 23 August | 23 August |
| Residency deadline for voters (30 days before election) | 10 September | 29 July |
| Voter registration deadline (10 days before election) | 29 September | 18 August |
| Election | 9 October (2nd Tuesday) | 28 August (4th Tuesday) |
| Runoff | 30 October (3 weeks after election) | 9 October (3 weeks after election) |
| Installation in office | 13 November (2nd Tuesday) | 13 November (2nd Tuesday) |

Exhibit F