

**U.S. Department of Justice**

Civil Rights Division

JKT:YR:NT:jdh
DJ 166-012-3

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

August 7, 2007

Dr. Joe L. Reed
Chairman, Alabama Democratic Conference
P.O. Box 6233
Montgomery, Alabama 36106

Dear Dr. Reed:

This is in response to your July 12, 2007, letter regarding your objections to voting changes in Montgomery, Alabama. At issue are changes in the dates for qualifying and voting in municipal elections for mayor and councilmembers in the City of Montgomery, Alabama, pursuant to Ordinance No. 42-2007. The City made a submission containing these changes on June 13, 2007.

Our June 14, 2007 letter to the City on this matter granted preclearance but noted that under the statute, we could reconsider that request. We have reconsidered that request and requested additional information concerning the changes on July 23, 2007. As set forth in our July 23, 2007 letter, the changes have not been finally precleared and remain legally unenforceable until they are precleared.

On July 31, 2007, we received the City's response to the request for more information, and it is our hope to expedite our review. Until we make a final determination, the change in election date remains legally unenforceable. We have sent a copy of this letter to you *via* facsimile.

If you have any further questions, please feel free to call Ms. Nicole Thorpe (202-514-6334), of our staff, to discuss these voting changes.

Sincerely,

John Tanner
Chief, Voting Section

Exhibit H