```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000158
Cashier ID: benrobi
Transaction Date: 08/16/2007
Payer Name: EDWARD STILL LAW FIRM
------------------------------------
CIVIL FILING FEE
 For: EDWARD STILL LAW FIRM
 Case/Party: D-ALM-2-07-CV-000738-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 2644
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

JANET MAY V. CITY OF MONTGOMERY
```