IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Janet May, John Dow and William Boyd, | ) |
| | ) CASE NO. 2:07-cv-738-MHT |
| Plaintiffs, | ) |
| | ) 1. Requesting Judge |
| | )    Honorable Myron H. Thompson |
| v. | ) |
| | ) |
| | ) 2. District Judge |
| City of Montgomery, Alabama, a municipal corporation; Bobby N. Bright, in his official capacity as Mayor of the City of Montgomery, | )    Honorable Mark E. Fuller |
| | ) |
| | ) |
| | ) 3. Circuit Judge |
| Defendants. | )    Honorable William H. Pryor Jr. |

**DESIGNATION OF THREE-JUDGE COURT**
(42 U.S.C. § 1973c and 28 U.S.C. § 2284)

ORDER

The Requesting Judge, Honorable Myron H. Thompson, to whom an application for relief has been presented in the above cause, having notified me that the action is one required by Act of Congress to be heard and determined by a District Court of three judges, I, J. L. Edmondson, Chief Judge of the Eleventh Circuit, hereby designate Circuit Judge William H. Pryor Jr., and District Chief Judge Mark E. Fuller to serve with the Requesting Judge, Myron H. Thompson, as members of the said Court to hear and determine the action.

This designation and composition of the three-judge court is not a prejudgment, express or implied, on whether this case is properly one for a three-judge, rather than a one-judge, court. This matter is best determined by a three-judge court as this approach enables a simultaneous appeal to the Court of Appeals and to the Supreme Court without the delay, awkwardness, and administrative insufficiency of proceeding by way of mandamus from either the Court of Appeals, the Supreme Court, or both, directed against the Chief Judge of the Circuit, the presiding district judge, or both. The parties will be afforded the opportunity to brief and to argue all questions before the three-judge court, either preliminarily or on the trial of the merits, or otherwise, as the Court thinks appropriate.

DATED this 16th day of August, 2007

_____
J.L. EDMONDSON
Chief of the Eleventh