IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **Janet May**, et al.,<br>　　　　　Plaintiffs,<br><br>v.<br><br>**City of Montgomery, Alabama,** a<br>municipal corporation; et al.,<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br>2:07 cv 738-MHT-WC |

## Declaration of Edward Still

My name is Edward Still. I am of legal age and full legal capacity. I make the following statements of my own personal knowledge.

The City of Montgomery is located within the State of Alabama which is subject to the provisions of Section 5 of the Voting Rights Act. The City of Montgomery has adopted Ordinance 42-2007 which changes the date of the election in Montgomery. The City of Montgomery has submitted that Ordinance for preclearance under Section 5. The City of Montgomery has not obtained final preclearance from the Attorney General of the United States for Ordinance 42-2007.

Under penalty of perjury, I affirm that the foregoing statements are true and correct. Signed on 17 August 2007.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Edward Still