IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JANET MAY, JOHN DOW,         )
and WILLIAM BOYD,            )
                             )
     Plaintiffs,             )
                             )
     v.                      )    CIVIL ACTION NO.
                             )      2:07cv738-MHT
CITY OF MONTGOMERY,          )
ALABAMA, a municipal         )
corporation, and             )
BOBBY N. BRIGHT, in his      )
official capacity as         )
Mayor of Montgomery,         )
                             )
     Defendants.             )
```

ORDER

It is ORDERED that this case is set for an on-the-record scheduling conference before the undersigned on August 20, 2007, at 9:00 a.m. Counsel for plaintiffs are to arrange for the conference to be conducted by telephone.

**The clerk of the court is DIRECTED to notify attorneys Menefee and Hebert (doc. no. 5) of this order.**

**DONE, on behalf, and with the approval, of the three-judge court, this the 17th day of August, 2007.**

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**