# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Janet May et al<br>    Plaintiff,<br><br>vs.<br><br>City of Montgomery et al<br>    Defendants. | **Summons**<br>(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)<br><br>Civil Action Case No. 2:07-CV-738-MHT |

TO DEFENDANT
Bobby N. Bright
Mayor
Montgomery City Hall
103 North Perry St.
Montgomery AL 36104

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

Edward Still
Suite 201
2112 11th Avenue South
Birmingham AL 35205-2844

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATE: 8/16/07

DEBRA HACKETT, CLERK

By: _____
    Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

CASE NO. 2:07-CV-738-MHT

RETURNED AND FILED

AUG 17 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

### RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __16__ day of __August__ __2007__, I __Gregory T. Graves__ served this summons together with the complaint as follows:

- By personal service on the defendant at

  103 N. Perry Street @ 2:27 pm
  Room 206
  Mont, AL 36104

  By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

- By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

__16 Aug 2007__
☐ Date

_____
Authorized or Specially Appointed Process Server

Costs of Service:   Service fee:                              $
                    Expenses: _____ miles @ _____ cents     $_____

                                          TOTAL               $