# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Janet May et al<br>    Plaintiff,<br><br>vs.<br><br>City of Montgomery et al<br>    Defendants. | **Summons**<br>**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**<br><br>Civil Action Case No. 2.07-CV-738-MHT |

TO DEFENDANT
City of Montgomery
c/o City Clerk
Montgomery City Hall
103 North Perry St.
Montgomery AL 36104

You are hereby summoned and required to serve upon plaintiff's attorney(s):

Edward Still
Suite 201
2112 11th Avenue South
Birmingham AL 35205-2844

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATE: 8/16/07

DEBRA HACKETT, CLERK

By: _____

<u>SEE REVERSE SIDE FOR RETURN</u>

Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be
       prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

**RETURNED AND FILED**

CASE NO. *2:07-CV-738-MHT*

AUG 1 7 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __17__ day of __August__,
__2007__, I __Gregory Graves__

served this summons together with the complaint as follows:

- By personal service on the defendant at
  *103 N. Perry Street    Room 140*
  *Mont, AL 36105-    @ 10:09am*

- By serving a person of suitable age and discretion then residing in the defendant's
  usual place of abode.  (Give name and address of person served.)

- By serving an officer, a managing or general agent, or any other agent authorized
  by appointment or by law to receive service of process of the defendant
  corporation, partnership, or unincorporated association.  (Give name, capacity and
  address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct.*

__17 Aug 2007__
☐ *Date*

_____
*Authorized or Specially Appointed Process Server*

Costs of Service:     Service fee:                          $
                      Expenses: _____ miles @ _____ cents    $_____

                                        TOTAL    $