IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JANET MAY, JOHN DOW,         )
and WILLIAM BOYD,            )
                            )
    Plaintiffs,              )
                            )
    v.                       )      CIVIL ACTION NO.
                            )        2:07cv738-MHT
CITY OF MONTGOMERY,          )
ALABAMA, a municipal         )
corporation, and            )
BOBBY N. BRIGHT, in his     )
official capacity as        )
Mayor of Montgomery,        )
                            )
    Defendants.             )


ORDER

    Based on the representations made by the parties

during and after this morning's conference call, it is

ORDERED as follows:

    (1) The plaintiffs' § 5 claim is set for final

submission on August 21, 2007, at 12:00 noon, with all

evidence and briefs due by said date and time.

(2) The plaintiffs' § 5 claim is set for oral argument before the three-judge panel on August 21, 2007, at 2:00 p.m. Central Daylight Time.  The United States Attorney General, or his delegate, is invited to participate.  The court will arrange for the conference to be conducted by telephone.

DONE, on behalf, and with the approval, of the three-judge court, this the 20th day of August, 2007.


　　　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE