IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JANET MAY, JOHN DOW, )<br>and WILLIAM BOYD, )<br>         )<br>         Plaintiffs, )<br>    v.    ) <br>         )<br>CITY OF MONTGOMERY, )<br>ALABAMA, a municipal )<br>corporation, and )<br>BOBBY N. BRIGHT, in his )<br>official capacity as )<br>Mayor of Montgomery, )<br>         )<br>         Defendants. )<br>_____) | Civil Action No. 2:07cv738 |

## NOTICE OF APPEARANCE

Yvette Rivera, T. Christian Herren Jr., Jared M. Slade, hereby give notice of appearance as counsel for the United States of America in the above-captioned action. The United States is appearing as amicus curiae at the invitation of the Court.

        Respectfully submitted,

        WAN J. KIM
        Assistant Attorney General
        Civil Rights Division

        JOHN K. TANNER
        Chief, Voting Section

        /s/ *T. Christian Herren Jr.*
        YVETTE RIVERA
        yvette.rivera@usdoj.gov
        T. CHRISTIAN HERREN JR
        chris.herren@usdoj.gov
        JARED M. SLADE
        jared.slade@usdoj.gov
        Voting Section
        Civil Rights Division
        United States Department of Justice
        Room 7254 NWB
        950 Pennsylvania Avenue, N.W.
        Washington, DC 20530
        (202) 514-1416 (phone)
        (202) 307-3961 (fax)

Date: August 21, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of August 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following counsel:

    Jesse Cecil Gardner cgardner@gmlegal.com, mnash@gmlegal.com

    Larry T. Menefee lmenefee@knology.net

    Edward Still docket@votelaw.com, votelaw@bellsouth.net

      A copy of the foregoing also shall be sent by email and first-class mail to the following counsel:

    J. Gerald Hebert
    800 Parkway Terrace
    Alexandria, VA 22302
    ghebert@campaignlegalcenter.org
    hebert@voterlaw.com

    Samuel H. Heldman
    Gardner, Middlebrooks, Fleming, Gibbons & Kittrell
    1919 S Street, NW
    Washington, DC 20009
    sam@heldman.net

                                            /s/ *T. Christian Herren Jr*.
                                              T. Christian Herren Jr.