IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **Janet May, et al.**<br>        Plaintiffs,<br><br>    v.<br><br>**City of Montgomery, Alabama,** a municipal corporation; **Bobby N. Bright,** in his official capacity as Mayor of the City of Montgomery<br><br>        Defendants. | CIVIL ACTION NO.<br>2:07 cv 738-MHT-WC |

## Plaintiffs' Submission of Evidence
## for Preliminary Injunction

The plaintiffs submit the following additional exhibits:

Exhibit I – an "early" preclearance letter (that is, one early in the 60-day review period) dated 18 September 1989 (re: Fair Campaign Practices Act)

Exhibit J – another early preclearance letter dated 14 July 2006 (re: voter registration forms)

Exhibit K – an objection letter dated 26 December 1972 (re: Justice of Peace)

Exhibit L – another objection letter date 8 January 2007 (re: Mobile County Commission vacancies)

Exhibit M – a preclearance letter dated 19 July 2006 (re: Act 2006-252)

1

Exhibit N – a conference paper by Luis Ricardo Fraga and Maria Lizet Ocampo regarding "more information requests"

Exhibit O – a more information request (re: Ashland)

Exhibit P – a more information request (re: Waller ISD)

Exhibit Q – a reopened submission with an objection (re: Mississippi assistance to voters)

Exhibit R -- a reopened submission with an objection (re: Galdden Tractor Shed as polling place)

Exhibit S – a letter interposing a provisional objection (re: North Carolina law on boards of commissioners)

Submitted by,

| | |
|---|---|
| Cecil Gardner | /s/ Edward Still |
| The Gardner Firm | Edward Still |
| Post Office Drawer 3103 | 2112 11th Avenue South |
| Mobile AL 36652 | Suite 201 |
|    phone 251-433-8100 | Birmingham AL 35205-2844 |
|    fax 251-433-8181 |    phone: 205-320-2882 |
|    email cgardner@gmlegal.com |    fax: 877-264-5513 |
| |    email: Still@votelaw.com |

Sam Heldman
The Gardner Firm
2805 31st St. NW
Washington DC 20008
   phone 202-965-8884
   email sam@heldman.net

CERTIFICATE OF SERVICE

I certify that on 21 August 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| J. Gerald Hebert, Esq.<br>The Campaign Legal Center<br>1640 Rhode Island Ave., NW, Suite 650<br>Washington, DC 20036 | Larry Menefee, Esq.<br>407 South McDonough Street<br>Montgomery, AL 36104 |

/s/ Edward Still