**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                               TELEPHONE (334) 954-3600

August 21, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   May et al v. City of Montgomery, Alabama et al

Case Number:   2:07-cv-00738-MHT

**This Notice of Correction was filed in the referenced case this date to add the PDF document for Exhibit 9 previously omitted by E-Filer.**

**The additional PDF Exhibit 9 document is attached to this notice for your review. Reference is made to document # 18 filed on August 21, 2007.**

U.S. Department of Justice

Civil Rights Division

JKT:MSR:ER:par
DJ 166-012-3
2007-2417

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

June 18, 2007

Larry T. Menefee, Esq.
407 South McDonough
Montgomery, Alabama 36104

Dear Mr. Menefee:

This refers to seven annexations (Ordinance Nos. 17-2002, 73-2003, 56-2004, 95-2004, 31-2005, 82-2005, and 84-2005) and their designations to council districts for the City of Montgomery in Montgomery County, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submission on April 19, 2007; supplemental information was received on June 6, 2007.

The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. In addition, as authorized by Section 5, we reserve the right to reexamine this submission if additional information that would otherwise require an objection comes to our attention during the remainder of the sixty-day review period. Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41 and 51.43).

Sincerely,

John Tanner
Chief, Voting Section

U.S. Department of Justice

Civil Rights Division

JKT:MSR:ER:par
DJ 166-012-3
2007-2669

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

June 28, 2007

Larry T. Menefee, Esq.
407 South McDonough Street
Montgomery, Alabama 36104

Dear Mr. Menefee:

    This refers to the changes to and consolidation of polling locations, the consolidation and realignment of voting precincts, an annexation (Ordinance No. 42-2006) and its designation to City Council District No. 9 for the City of Montgomery in Montgomery County, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C. 1973c. We received your submission on May 4, 2007; supplemental information was received on June 19, 2007.

    The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. In addition, as authorized by Section 5, we reserve the right to reexamine this submission if additional information that would otherwise require an objection comes to our attention during the remainder of the sixty-day review period. Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51.41 and 51.43).

    Sincerely,

    John Tanner
    Chief, Voting Section