IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| JANET MAY, JOHN DOW and WILLIAM BOYD, | * |
| | * |
| Plaintiffs, | |
| | * |
| -v- | |
| | *   CIVIL ACTION NO. |
| CITY OF MONTGOMERY, ALABAMA, a municipal corporation; BOBBY N. BRIGHT, in his official capacity as Mayor of the City of Montgomery, | *   2:07 cv 738-MHT-WC |
| | * |
| | * |
| Defendants. | * |

## CONFLICT DISCLOSURE STATEMENT

Pursuant to the Court's Civil Misc. No. 00-3047 Rule, undersigned counsel for plaintiffs certifies that he has no reportable relationships in this matter.

Respectfully submitted,

s/J. Cecil Gardner
J. Cecil Gardner
The Gardner Firm, P. C.
P. O. Box 3103
Mobile, AL 36652
Phone: 251-433-8100
Fax: 251-433-8181
E-Mail: cgardner@thegardnerfirm.com

Edward Still
2112 11th Avenue South - Suite 201
Birmingham, AL 35205-2844
Phone: 205-320-2882
Fax: 877-264-5513
E-Mail: still@votelaw.com

        Sam Heldman
        The Gardner Firm, P. C.
        2805 31st Street, NW
        Washington, DC 20008
        Phone: 202-965-8884
        Fax: 202-318-2445
        E-Mail: sam@heldman.net

## **CERTIFICATE OF SERVICE**

I certify that on the 21ST day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| J. Gerald Hebert, Esq.<br>The Campaign Legal Center<br>1640 Rhode Island Avenue, NW<br>Suite 650<br>Washington, DC 20036<br><br>Larry Menefee, Esq.<br>407 South McDonough Street<br>Montgomery, AL 36104 | T. Christian Herren, Esq.<br>US Department of Justice<br>Civil Rights Division<br>Voting Section<br>Room 7254 – NWB<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |

        /s J. Cecil Gardner