IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **Janet May, et al.,**<br><br>                Plaintiffs,<br><br>     v.<br><br>**City of Montgomery, Alabama,** a municipal corporation; **Bobby N. Bright,** in his official capacity as Mayor of the City of Montgomery<br><br>                Defendants. | CIVIL ACTION NO.<br>2:07 cv 738-MHT-WC |

## Conflict Disclosure Statement

COME NOW Janet May, John Dow, William Boyd, Duncan Kirkwood, and Kenyada S. Adams, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    _X_ Each party is an individual, or

    ___ This party is a governmental entity, or

    ___ There are no entities to be reported, or

    ___ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | |

|  |  |
|---|---|
| | Submitted by, |
| | /s/ Edward Still |
| Cecil Gardner | Edward Still |
| The Gardner Firm | 2112 11th Avenue South |
| Post Office Drawer 3103 | Suite 201 |
| Mobile AL 36652 | Birmingham AL 35205-2844 |
| phone 251-433-8100 | phone: 205-320-2882 |
| fax 251-433-8181 | fax: 877-264-5513 |
| email cgardner@gmlegal.com | email: Still@votelaw.com |

Sam Heldman
The Gardner Firm
2805 31st St. NW
Washington DC 20008
 phone 202-965-8884
 email sam@heldman.net

CERTIFICATE OF SERVICE

I certify that on 21 August 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| J. Gerald Hebert, Esq. | Larry Menefee, Esq. |
| The Campaign Legal Center | 407 South McDonough Street |
| 1640 Rhode Island Ave., NW, Suite 650 | Montgomery, AL 36104 |
| Washington, DC 20036 | |

Yvette Rivera, Esq.
T. Christian Herren, Esq.
Jared M. Slade, Esq.
US Dept of Justice, Civil Rights Div.
Voting Section
Room 7254 -- NWB
950 Pennsylvania Ave. NW
Washington, DC 20530

/s/ Edward Still