IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **Janet May, John Dow** and **William Boyd,**<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**City of Montgomery, Alabama,** a municipal corporation; **Bobby N. Bright,** in his official capacity as Mayor of the City of Montgomery<br><br>　　　　　　Defendants. | CIVIL ACTION NO.<br>2:07 cv 738-MHT-WC |

## Plaintiffs' Second Motion for Preliminary Injunction

The plaintiffs move for a preliminary injunction under their state-law claim.

The plaintiffs base this motion on the holding of the Alabama Supreme Court in *Siegelman v. Folmar,* 432 So.2d 1246 (Ala. 1983), in which the Court held that Ala. Code § 11-46-21 does not apply to the City of Montgomery. The cited Code section is the basis on the City purported to have the authority to adopt an election date different from that set in Act 618.

1

                                                Submitted by,

| | |
|---|---|
| | /s/ Edward Still |
| Cecil Gardner | Edward Still |
| The Gardner Firm | 2112 11th Avenue South |
| Post Office Drawer 3103 | Suite 201 |
| Mobile AL 36652 | Birmingham AL 35205-2844 |
|    phone 251-433-8100 |    phone: 205-320-2882 |
|    fax 251-433-8181 |    fax: 877-264-5513 |
|    email cgardner@gmlegal.com |    email: Still@votelaw.com |

Sam Heldman
The Gardner Firm
2805 31st St. NW
Washington DC 20008
   phone 202-965-8884
   email sam@heldman.net

## CERTIFICATE OF SERVICE

I certify that on 8/23/2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| J. Gerald Hebert, Esq. | Larry Menefee, Esq. |
| The Campaign Legal Center | 407 South McDonough Street |
| 1640 Rhode Island Ave., NW, Suite 650 | Montgomery, AL 36104 |
| Washington, DC 20036 | |

Yvette Rivera, Esq.
T. Christian Herren, Esq.
Jared M. Slade, Esq.
US Dept of Justice, Civil Rights Div.
Voting Section
Room 7254 -- NWB
950 Pennsylvania Ave. NW
Washington, DC 20530

                                                /s/ Edward Still