IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **Janet May, John Dow** and **William Boyd,**<br><br>            Plaintiffs,<br><br>     v.<br><br>**City of Montgomery, Alabama,** a municipal corporation; **Bobby N. Bright,** in his official capacity as Mayor of the City of Montgomery<br><br>            Defendants. | CIVIL ACTION NO.<br>2:07 cv 738-MHT-WC |

# Plaintiffs' Second Motion for Preliminary Injunction

The plaintiffs move for a preliminary injunction under their state-law claim.

The plaintiffs base this motion on the holding of the Alabama Supreme Court in *Siegelman v. Folmar,* 432 So.2d 1246 (Ala. 1983), in which the Court held that Ala. Code § 11-46-21 does not apply to the City of Montgomery.  The cited Code section is the basis on the City purported to have the authority to adopt an election date different from that set in Act 618.

Submitted by,

/s/ Edward Still

Cecil Gardner
The Gardner Firm
Post Office Drawer 3103
Mobile AL 36652
        phone 251-433-8100
        fax 251-433-8181
        email cgardner@gmlegal.com

Edward Still
2112 11th Avenue South
Suite 201
Birmingham AL 35205-2844
        phone: 205-320-2882
        fax: 877-264-5513
        email: Still@votelaw.com

Sam Heldman
The Gardner Firm
2805 31st St. NW
Washington DC 20008
        phone 202-965-8884
        email sam@heldman.net

## CERTIFICATE OF SERVICE

I certify that on 8/23/2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

J. Gerald Hebert, Esq.
The Campaign Legal Center
1640 Rhode Island Ave., NW, Suite 650
Washington, DC 20036

Larry Menefee, Esq.
407 South McDonough Street
Montgomery, AL 36104

Yvette Rivera, Esq.
T. Christian Herren, Esq.
Jared M. Slade, Esq.
US Dept of Justice, Civil Rights Div.
Voting Section
Room 7254 -- NWB
950 Pennsylvania Ave. NW
Washington, DC 20530

/s/ Edward Still