IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JANET MAY, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 2:07cv738-MHT |
| CITY OF MONTGOMERY, | ) | (WO) |
| ALABAMA, a municipal | ) | |
| corporation, and | ) | |
| BOBBY N. BRIGHT, in his | ) | |
| official capacity as | ) | |
| Mayor of Montgomery, | ) | |
| | ) | |
|    Defendants. | ) | |

Before William H. Pryor, Jr., Circuit Judge, Mark E. Fuller, Chief District Judge, and Myron H. Thompson, District Judge.

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) Plaintiffs Janet May, John Dow, William Boyd, Kanyada S. Adams, and Duncan Kirkwood's claim

brought under § 5 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973c, is dismissed.

(2) The plaintiffs' motions for preliminary injunctions (doc. nos. 1 & 12) and a temporary restraining order (doc. no. 6) are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 24th day of August, 2007.

     /s/ William H. Pryor, Jr.
UNITED STATES CIRCUIT JUDGE

     /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE