IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Janet May, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 2:07-cv-738-N |
| v. | ) | |
| | ) | |
| City of Montgomery, Al. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CONFLICT DISCLOSURE STATEMENT OF DEFENDANTS CITY OF
MONTGOMERY, ALABAMA AND MAYOR BOBBY BRIGHT**

Defendants, City of Montgomery, Alabama and Bobby Bright, in his official capacity as Mayor of Montgomery, in accordance with the order of this Court, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The City of Montgomery, Alabama is a municipal corporation.  There are no reportable entities related to this defendant.

Mayor Bobby Bright, sued in his official capacity as Mayor of Montgomery, is an individual.  There are no reportable entities related to this defendant.

Respectfully submitted this 5th  day of September,  2007.

**/s/ Larry Menefee**
LARRY T. MENEFEE

LARRY T. MENEFEE
407 S. McDonough Street
Montgomery, AL 36104
(334) 265-6002
Fax: (334) 832-9476

Bar No: ASB-0745-F35L
lmenefee@knology.net


J. Gerald Hebert
Campaign Legal Center
1640 Rhode Island Ave., NW Suite 650
Washington, DC 20036
(202) 736-2200 ext. 11 (office)
(202) 736-2222 (fax)
Virginia Bar Number 38432
Ghebert@campaignlegalcenter.org

Attorneys  for Defendants

CERTIFICATE OF SERVICE

I certify that on this 5th  day of September, 2007 I electronically filed the foregoing with
the Clerk of the Court using the CM/ECF system which will send notification of such filing to
the following attorneys:

Edward Still                              Sam Heldman
Email: still@votelaw.com                  sam@heldman.net


Cecil Gardner                             **/s/ Larry Menefee**
cgardner@gmlegal.com                      LARRY T. MENEFEE