IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JANET MAY, et al.,, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv738-MHT |
| ) | |
| CITY OF MONTGOMERY, ) | |
| ALABAMA, a municipal ) | |
| corporation, and ) | |
| BOBBY N. BRIGHT, in his ) | |
| official capacity as ) | |
| Mayor of Montgomery, ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 34) is set for submission, without oral argument, on October 18, 2007, with all briefs due by said date.

DONE, this the 26th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE