IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JANET MAY, et al.,,              )
                                 )
     Plaintiffs,                 )
                                 )      CIVIL ACTION NO.
     v.                          )      2:07cv738-MHT
                                 )
CITY OF MONTGOMERY,              )
ALABAMA, a municipal             )
corporation, and                 )
BOBBY N. BRIGHT, in his          )
official capacity as             )
Mayor of Montgomery,             )
                                 )
     Defendants.                 )

                           ORDER

     It is ORDERED that the motion to dismiss (Doc. No.

34) is denied without prejudice.  The court believes that

it is better to wait until there has been resolution of

the federal claim before deciding whether the court

should exercise supplemental jurisdiction over the state

claim.

     DONE, this the 26th day of October, 2007.


                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE