IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Janet May, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 2:07-cv-738-N |
| v. | ) | |
| | ) | |
| City of Montgomery, Al. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS' MOTION TO DISMISS
OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

Defendants move this court pursuant to Rule 12 F.R.C.P to dismiss the Amended Complaint (Doc 12) or, alternatively, pursuant to Rule 56 F.R.C.P to enter summary judgment against the plaintiffs and for the defendants.  In support of this motion defendants submit a Brief and an Evidentiary Submission with fifteen attached exhibits filed contemporaneously.

Respectfully submitted this   16st  day of November,  2007.

 **/s/ Larry Menefee**
LARRY T. MENEFEE

LARRY T. MENEFEE
407 S. McDonough Street
Montgomery, AL 36104
(334) 265-6002
Fax: (334) 832-9476
Bar No: ASB-0745-F35L
lmenefee@knology.net

J. Gerald Hebert
Campaign Legal Center
1640 Rhode Island Ave., NW Suite 650
Washington, DC 20036
(202) 736-2200 ext. 11 (office)
(202) 736-2222 (fax)
Virginia Bar Number 38432
Ghebert@campaignlegalcenter.org

Attorneys  for Defendants

**CERTIFICATE OF SERVICE**

I certify that on this 16st day of November, 2007 as agreed upon by all counsel, I served via email the foregoing to the following attorneys:

Edward Still
Email: still@votelaw.com

Cecil Gardner
cgardner@gmlegal.com

Sam Heldman
sam@heldman.net

**/s/ Larry Menefee**
LARRY T. MENEFEE