IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JANET MAY, et al.,,            )
                               )
    Plaintiffs,                )
                               )        CIVIL ACTION NO.
    v.                         )         2:07cv738-MHT
                               )
CITY OF MONTGOMERY,            )
ALABAMA, a municipal           )
corporation, and               )
BOBBY N. BRIGHT, in his        )
official capacity as           )
Mayor of Montgomery,           )
                               )
    Defendants.                )

ORDER

It is ORDERED that the motion to dismiss and alternative motion for summary judgment (Doc. No. 39) are set for submission, without oral argument, on December 14, 2007, with any opposing briefs and evidentiary materials due by said date.

DONE, this the 19th day of November, 2007.


      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE