IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **Janet May, John Dow, William Boyd, and Kenyada S. Adams, and Duncan Kirkwood**<br><br>       Plaintiffs,<br><br>   v.<br><br>**City of Montgomery, Alabama,** a municipal corporation; **Bobby N. Bright,** in his official capacity as Mayor of the City of Montgomery<br><br>       Defendants. | CIVIL ACTION NO.<br>2:07 cv 738-MHT-WC |

## Plaintiffs' Motion for Partial Summary Judgment

The plaintiffs move for partial summary judgment, specifically a summary judgment in their favor on the claim stated in their Amended Complaint (Doc. 12) as follows:

> 35. Ordinance 42-2007 violates 1973 Alabama Act 618 and is therefore void. Ordinance 42-2007 is furthermore not authorized by Ala. Code 11-46-5, as Ordinance 42-2007 does not in fact adopt the election dates set forth in Ala. Code 11-46-21 (despite claiming to do so).

There are no disputed facts which are material to this claim. The plaintiffs are entitled to judgment as a matter of law on this claim.

This motion is based on the pleadings filed by the parties, including the exhibits, and the following exhibit attached to this Motion: Exhibit T – Act 2006-354.

1

Plaintiffs' brief in support of this motion is being filed simultaneously.

Submitted by,

| | |
|---|---|
| | /s/ Edward Still |
| Cecil Gardner | Edward Still |
| The Gardner Firm | 2112 11th Avenue South |
| Post Office Drawer 3103 | Suite 201 |
| Mobile AL 36652 | Birmingham AL 35205-2844 |
| phone 251-433-8100 | phone: 205-320-2882 |
| fax 251-433-8181 | fax: 877-264-5513 |
| email cgardner@gmlegal.com | email: Still@votelaw.com |

Sam Heldman
The Gardner Firm
2805 31st St. NW
Washington DC 20008
    phone 202-965-8884
    email sam@heldman.net

## CERTIFICATE OF SERVICE

I certify that on 23 November 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| J. Gerald Hebert, Esq. | Larry Menefee, Esq. |
| The Campaign Legal Center | 407 South McDonough Street |
| 1640 Rhode Island Ave., NW, Suite 650 | Montgomery, AL 36104 |
| Washington, DC 20036 | |

/s/ Edward Still