IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JANET MAY, et al.,           ) | |
| )                              | |
| Plaintiffs,                 ) | |
| )                              | CIVIL ACTION NO. |
| v.                          ) | 2:07cv738-MHT |
| )                              | |
| CITY OF MONTGOMERY,         ) | |
| ALABAMA, a municipal        ) | |
| corporation, and            ) | |
| BOBBY N. BRIGHT, in his     ) | |
| official capacity as        ) | |
| Mayor of Montgomery,        ) | |
| )                              | |
| Defendants.                 ) | |

**ORDER**

It is ORDERED that the motion for partial summary judgment (Doc. No. 43) is set for submission, without oral argument, on December 14, 2007, with any opposing briefs and evidentiary materials due by said date.

DONE, this the 27th day of November, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**