IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **Janet May, John Dow, William Boyd, and Kenyada S. Adams, and Duncan Kirkwood**<br><br>             Plaintiffs,<br><br>    v.<br><br>**City of Montgomery, Alabama,** a municipal corporation; **Bobby N. Bright,** in his official capacity as Mayor of the City of Montgomery<br><br>             Defendants. | CIVIL ACTION NO.<br>2:07 cv 738-MHT-WC |

## Notice Concerning Settlement Conference and Mediation

Pursuant to Section 3 of the Uniform Scheduling Order (Doc 35) undersigned counsel met in person on October 1 and on November 14 and discussed settlement in good faith. Additionally, Dr. Joe L. Reed, accompanied by other counsel, met with Mr. Menefee and the defendant Mayor to discuss settlement on October 17, 2007. Settlement was not reached and counsel doubt that mediation will be helpful. Counsel will, of course, be willing to participate in mediation if so directed by the court. Counsel have a long history of professional cooperation and have had no difficulty communicating regarding settlement.

1

Submitted by,

/s/ Larry T. Menefee
Larry Menefee
407 South McDonough Street
Montgomery, AL 36104
    phone: 334-265-6002
    fax: 334-832-9476
    email: lmenefee@knology.net

J. Gerald Hebert, Esq.
The Campaign Legal Center
1640 Rhode Island Ave., NW, Suite 650
Washington DC 20036
    phone: 202-736-2200, Ext. 15
    fax: 202-736-2222
    email: ghebert@campaignlegalcenter.org

/s/ Edward Still
Edward Still
2112 11th Avenue South
Suite 201
Birmingham AL 35205-2844
    phone: 205-320-2882
    fax: 877-264-5513
    email: Still@votelaw.com

Cecil Gardner
The Gardner Firm
Post Office Drawer 3103
Mobile AL 36652
    phone 251-433-8100
    fax 251-433-8181
    email cgardner@gmlegal.com

Sam Heldman
The Gardner Firm
2805 31st St. NW
Washington DC 20008
    phone 202-965-8884
    email sam@heldman.net

CERTIFICATE OF SERVICE

    I certify that on 12 December 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

J. Gerald Hebert, Esq.
The Campaign Legal Center
1640 Rhode Island Ave., NW, Suite 650
Washington, DC 20036

Larry Menefee, Esq.
407 South McDonough Street
Montgomery, AL 36104

/s/ Edward Still

2