IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANET MAY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF MONTGOMERY, ALABAMA, )<br>a municipal corporation, and )<br>BOBBY N. BRIGHT, in his official )<br>capacity as Mayor of Montgomery ) | CIVIL ACTION NO.<br>2:07cv738-MHT-WC |

**ORDER**

On 12 December 2007, the Honorable Myron H. Thompson referred this matter to the undersigned, to determine if the parties were willing to participate in mediation. Therefore, it is

ORDERED that if the parties desire to participate in mediation, they are directed to contact the undersigned's chambers no later than 21 December 2007.

DONE this 14th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE