IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Janet May, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 2:07-cv-738-N |
| v. ) | |
| ) | |
| City of Montgomery, Al. et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**Joint Motion to Delay Pretrial Conference and Trial Preparation**

The parties jointly move the court to stay the Pretrial Conference, deadlines in the court's Scheduling Order of September 25, 2007 (Doc 35) and the Order Setting Pretrial Hearing of January 18, 2008 (Doc 52) and as grounds show the court as follows:

Both parties have filed motions for summary judgment or to dismiss. Docs 39 and 43. These motions are not factually contested, present significant claims that are potentially dispositive of all claims and or parties and are under submission to the court. The court's ruling on these motions may dispose of this action or significantly influence the parties or claims that remain in the case. Therefore the nature and extent of evidence needed to be presented at trial, if any, cannot be determined at this time with reasonable accuracy. The proposed order that the parties are to develop for the pretrial conference on February 20, 2008 may have little relevance to the issues to be tried beginning March 31, 2008. The trial preparation materials described in paragraphs nine, ten, and eleven of the Uniform Scheduling Order (Doc 35) that are due to be exchanged with opposing counsel on February 20, 2008 and subsequent objection may be quite

different from what would be appropriate objections, exhibits, and testimony after the court's ruling on the pending dispositive motions. Counsel expect to begin intensive work on these matters within a week.

Counsel for both parties will be better focused in their trial preparations (including the materials due on February 20) if they know the rulings of the Court on the pending motions. Preparing for the case as it exists now may be wasted effort should the Court grant all or part of either or both of the pending motions.

This action was filed in August. Discovery concluded and dispositive motions filed in November. Final responsive briefs were timely filed in December and the parties' motions have been under submission since that time. The parties have not been dilatory in the preparation of this case nor is delay of this case the purpose of this motion. This is not a case seeking monetary damages and this case is not likely to be settled on the court house steps. Rather, both counsel believe that an orderly decision of the issues presented by the motions followed by a trial, if necessary, on the remaining issues will best resolve this cause. After the court's decision on the pending motions, the issues remaining, if any, might lend themselves to settlement or submission to the court on a prepared record. All counsel have worked together in a professional and amicable fashion and stand ready to address any remaining issues after this court rules on the pending motions. If the court determines that a meeting with counsel on February 20th would be helpful we suggest it be more in the nature of a status conference.

Respectfully submitted this 29th day of January, 2008.

| | |
|---|---|
| **/s/ Larry Menefee**<br>LARRY T. MENEFEE<br>407 S. McDonough Street<br>Montgomery, AL 36104<br>(334) 265-6002<br>Fax: (334) 832-9476<br>Bar No: ASB-0745-F35L<br>lmenefee@knology.net<br><br>Attorney for Defendants | **/s/ Edward Still**<br>Edward Still<br>2112 11th Avenue South<br>Suite 201<br>Birmingham AL 35205-2844<br>phone: 205-320-2882<br>fax: 877-264-5513<br>email: Still@votelaw.com<br><br>Attorney for Plaintiffs |

### CERTIFICATE OF SERVICE

I certify that on this 29th day of January, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| Edward Still<br>Email: still@votelaw.com<br><br>Cecil Gardner<br>cgardner@gmlegal.com<br><br>Sam Heldman | sam@heldman.net<br><br>J. Gerald Hebert<br>Ghebert@campaignlegalcenter.org<br><br>**/s/ Larry Menefee**<br>LARRY T. MENEFEE |

3