IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Janet May, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 2:07-cv-738-N |
| v. ) | |
| ) | |
| City of Montgomery, Al. et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**Joint Motion to Approve Settlement**

The parties jointly move the court to approve the settlement of this action on the terms as described below and in the attached suggested Order. The parties, through undersigned counsel, agree that this case should be resolved on the following grounds:

Plaintiffs' claim under Section 2 of the Voting Rights Act should be dismissed with prejudice.

Plaintiffs' claim alleging a violation of state law should be dismissed without prejudice.

The parties will attempt to negotiate a resolution of plaintiffs' claim for an award of attorneys' fees and costs. Unless plaintiffs' file a motion with this court on or before March 26, 2008 for an award of attorneys fees and costs the claim should be dismissed with prejudice.

Respectfully submitted this 26th day of February, 2008.

/s/ Larry Menefee
LARRY T. MENEFEE
407 S. McDonough Street
Montgomery, AL 36104
(334) 265-6002

Fax: (334) 832-9476
Bar No: ASB-0745-F35L
lmenefee@knology.net

Attorney for Defendants

**/s/ Edward Still**
Edward Still
2112 11th Avenue South
Suite 201
Birmingham AL 35205-2844
phone: 205-320-2882
fax: 877-264-5513
email: Still@votelaw.com

Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that on this 26th day of February, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| Edward Still<br>Email: still@votelaw.com | Sam Heldman<br>sam@heldman.net |
| Cecil Gardner<br>cgardner@gmlegal.com | J. Gerald Hebert<br>Ghebert@campaignlegalcenter.org |

**/s/ Larry Menefee**
LARRY T. MENEFEE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Janet May, et al., )<br>)<br>Plaintiffs, )<br>) Civil Action No. 2:07-cv-738-N<br>v. )<br>)<br>City of Montgomery, Al. et al., )<br>)<br>Defendants. )<br>_____) | |

**Proposed Order of Dismissal**

The parties through their counsel have jointly moved the court to approve a settlement of this action. The court finds that the proposed settlement is a reasonable resolution of this action and therefore Orders, Adjudges, and Decrees that:

Plaintiffs' claim under Section 2 of the Voting Rights Act is hereby dismissed with prejudice.

Plaintiffs' claim alleging a violation of state law is hereby dismissed without prejudice.

The parties will attempt to negotiate a resolution of plaintiffs' claim for an award of attorneys' fees and costs. Unless plaintiffs' file a motion with this court on or before March 26, 2008 for an award of attorneys fees and costs the claim is hereby dismissed with prejudice.

Entered this _____ day of _____.

_____
UNITED STATES DISTRICT JUDGE