IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Janet May, et al.,       ) | |
|       ) | |
|   Plaintiffs,       ) | |
|       ) | Civil Action No. 2:07-cv-738-N |
| v.       ) | |
|       ) | |
| City of Montgomery, Al. et al.,       ) | |
|       ) | |
|   Defendants.       ) | |
|       ) | |

**Joint Motion to Approve Settlement**

The parties jointly move the court to approve the settlement of this action on the terms as described below and in the attached suggested Order. The parties, through undersigned counsel, agree that this case should be resolved on the following grounds:

Plaintiffs' claim under Section 2 of the Voting Rights Act should be dismissed with prejudice.

Plaintiffs' claim alleging a violation of state law should be dismissed without prejudice.

The parties will attempt to negotiate a resolution of plaintiffs' claim for an award of attorneys' fees and costs. Unless plaintiffs' file a motion with this court on or before March 26, 2008 for an award of attorneys fees and costs the claim should be dismissed with prejudice.

Respectfully submitted this 26th day of February, 2008.

                                         **/s/ Larry Menefee**
                                         LARRY T. MENEFEE
                                         407 S. McDonough Street
                                         Montgomery, AL 36104
                                         (334) 265-6002

        Fax: (334) 832-9476
        Bar No: ASB-0745-F35L
        lmenefee@knology.net

        Attorney for Defendants

        **/s/ Edward Still**
        Edward Still
        2112 11th Avenue South
        Suite 201
        Birmingham AL 35205-2844
        phone: 205-320-2882
        fax: 877-264-5513
        email: Still@votelaw.com

        Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that on this 26th day of February, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| Edward Still<br>Email: still@votelaw.com | Sam Heldman<br>sam@heldman.net |
| Cecil Gardner<br>cgardner@gmlegal.com | J. Gerald Hebert<br>Ghebert@campaignlegalcenter.org |

        **/s/ Larry Menefee**
        LARRY T. MENEFEE