IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JANET MAY, et al.,               ) | |
|                                  ) | |
|     Plaintiffs,                  ) | |
|                                  ) | CIVIL ACTION NO. |
|     v.                           ) | 2:07cv738-MHT |
|                                  ) | (WO) |
| CITY OF MONTGOMERY,              ) | |
| ALABAMA, a municipal             ) | |
| corporation, and                 ) | |
| BOBBY N. BRIGHT, in his          ) | |
| official capacity as             ) | |
| Mayor of Montgomery,             ) | |
|                                  ) | |
|     Defendants.                  ) | |

JUDGMENT

This cause is now before the court on the parties' joint motion to approve settlement (Doc. No. 55). Because the court is of the opinion that the settlement is reasonable and fair, it is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to approve settlement (Doc. No. 55) is granted and that this cause is dismissed in its entirety as follows:

(1) The plaintiffs' claim under § 2 of the Voting Rights of 1965, as amended, 42 U.S.C.A. § 1973, is dismissed with prejudice.

(2) The plaintiffs' claim under state law is dismissed without prejudice.

It is further ORDERED that the parties will attempt to negotiate a resolution of plaintiffs' request for attorneys fees and costs, and that, unless plaintiffs file a motion with the court, on or before March 26, 2008, for attorneys fees and costs, said request will be denied without prejudice.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of February, 2008.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**