IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JANET MAY, et al., )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>CITY OF MONTGOMERY, )<br>ALABAMA, a municipal )<br>corporation, and )<br>BOBBY N. BRIGHT, in his )<br>official capacity as )<br>Mayor of Montgomery, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:07cv738-MHT |

ORDER

Pursuant to the judgment entered on February 28, 2008 (doc. no. 56), it is ORDERED that plaintiff's request for attorneys fees and costs is denied without prejudice.

DONE, this the 7th day of April, 2008.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE